MICHELLE RAPOPORT, Bar No. 247459
mrapoport@littler.com
EVERETT C. MARTIN, Bar No. 227357
cmartin@littler.com
LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
Telephone: 213.443.4300
Facsimile: 213.443.4299

Attorneys for Defendant
SCHENKER, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MICHELLE ORPILLA, on behalf of herself, all others similarly situated,

Plaintiff,

v.

SCHENKER, INC., a New York company; and DOES 1 through 50, inclusive,

Defendant.

Case No. 5:19-CV-08392

**NOTICE TO FEDERAL COURT OF REMOVAL OF CIVIL ACTION PURSUANT TO 28 U.S.C. §§1441 AND 1446**

Complaint Filed on: November 20, 2019

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

Defendant Schenker, Inc. ("Defendant" or "Schenker") files this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446.

## I.   INTRODUCTION

Plaintiff Michelle Orpilla ("Plaintiff" or "Orpilla") filed a Complaint in the Superior Court of the State of California in and for the County of Santa Clara entitled "Michelle Orpilla v. Schenker, Inc., a New York Company; and DOES 1 through 50, inclusive" Case No. CIVDS 19CV358821, on November 20, 2019 (the "Complaint").

Plaintiff brings the following claim against Defendant: (1) Violation of 15 U.S.C. §§ 1681b(b)(2)(A) (Fair Credit Reporting Act).

This Notice is based upon the original jurisdiction of the United States District Court over the parties under 28 U.S.C. § 1331 based upon a federal question over Plaintiff's claims.

## II.   FEDERAL QUESTION JURISDICTION

This Court has federal question jurisdiction over this action under 28 U.S.C. § 1331 ("Section 1331"). Section 1331 confers original jurisdiction on the federal district courts "of all civil actions arising under the Constitution, laws, or treaties of the United States." Plaintiff's claim for relief, set forth as paragraphs 23 through 44 of Plaintiff's Complaint, invokes federal law, specifically, the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*. As such, this Court has original federal question jurisdiction over this matter and it is removable under 28 U.S.C. § 1441.

## III.   PROCEDURAL HISTORY

Plaintiff filed his Complaint on November 20, 2019, and served the Complaint on Defendant's agent for service of process on November 25, 2019. Accordingly, Defendant received service of the Complaint, the Summons, and the Civil Case Cover Sheet, true and correct copies of which are attached as Exhibits A and B to the

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

NOTICE OF REMOVAL          2.

Declaration of Michelle Rapoport in Support of Defendants' Removal ("Rapoport Decl.").

On December 19, 2019, Defendant timely filed and served an answer to Plaintiff's Complaint in Santa Clara County Superior Court. A true and correct copy of Defendants' Answer is attached to the Rapoport Decl. as **Exhibit B**.

On November 25, 2019, the Santa Clara County Superior Court issued an Order Deeming Case Complex. A true and correct copy of the Santa Clara County Superior Court's Order is attached to the Rapoport Decl. as **Exhibit C.**

On November 25, 2019, Plaintiff served on Defendant's registered agent copies of the Summons and Complaint, and Civil Case Cover Sheet. A true and correct copy of the proof of service received from Plaintiff's counsel is attached to the Rapoport Decl. as **Exhibit D**.

On December 17, 2019, Plaintiff filed a Proof of Service with the superior court. A true and correct copy of the Plaintiff's Proof of Service is attached to the Rapoport Decl. as **Exhibit E**.

On December 19, 2019, Defendant filed its Answer to Plaintiff's Complaint. A true and correct copy of Defendant's Answer is attached to the Rapoport Decl. as **Exhibit F**.

The court also set a Case Management Conference for March 6, 2020. A true and correct copy of the court's online docket reflecting this order is attached to the Rapoport Decl. as **Exhibit G**.

To the best of Defendant's knowledge, all documents filed or served by Plaintiff in her state court action are attached to the Rapoport Decl. as **Exhibits A through G**. To Defendant's knowledge, no other documents have been filed by Plaintiff, nor have any other documents been filed in the state court action by Defendant other than **Exhibit F**. The attachments to the Rapoport Decl. thereby satisfy the requirements of 28 U.S.C. § 1446(a).

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

NOTICE OF REMOVAL                3.

Schenker is the only named Defendant, so no other party need consent to the removal. Because the remaining named Doe Defendants have not yet been named or served, they need not join or consent to Defendant's Notice of Removal. <u>Community Bldg. Co. v. Maryland Casualty Co</u>., 8 F.2d 678, 678-79 (9th Cir. 1925) (named defendants not yet served in state court action need not join in the notice of removal); <u>Salveson v. Western States Bankcard Ass'n</u>, 731 F.2d 1426, 1429 (9th Cir. 1984) superseded on other grounds by statute as stated in <u>Etheridge v. Harbor House Restaurants</u>, 861 F.2d 1389 (9th Cir. 1988) (same). Defendant is informed and believes that none of the Doe Defendants in this case have been identified or served. Doe Defendants designated 1 to 50 are fictitious, are not parties to this action, have not been served, and are to be disregarded for the purpose of this removal. 28 U.S.C. § 1441(a). See <u>Fristoe v. Reynolds Metals Co</u>., 615 F.2d 1209, 1213 (9th Cir. 1980).

Copies of this Notice of Removal, as well as the Notice of filing of Notice of Removal, have been mailed to Plaintiff's counsel as required by 28 U.S.C. § 1446(d) and are being filed with the clerk of the Santa Clara County Superior Court.

### IV.  THE NOTICE OF REMOVAL IS TIMELY AND PROCEDURALLY CORRECT.

Schenker timely filed this Notice of Removal within the thirty (30) day period following service of the Complaint, as required by 28 U.S.C. § 1446(b). Plaintiff served Schenker on November 25, 2019.

Venue is proper in this District under 28 U.S.C. § 1441(a) because this District and Division encompass the place in which the removed action was pending. See 28 U.S.C. §§ 84(a), 1441(a), 1446(a).

Schenker will promptly file a copy of this Notice of Removal with the Clerk of the State court in which the action has been pending.

///

///

///

LITTLER MENDELSON, P.C.
633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

NOTICE OF REMOVAL    4.

WHEREFORE, Schenker requests this Court to remove the instant case from the Superior Court of the State of California in and for County of Santa Clara to the United States District Court for the Northern District of California.

Dated: December 23, 2019

                                /s/ *Michelle Rapoport*
                                MICHELLE RAPOPORT
                                EVERETT C. MARTIN
                                LITTLER MENDELSON, P.C.
                                Attorneys for Defendant
                                SCHENKER, INC.

4832-7914-9230.2 070732.1052

633 West 5th Street
63rd Floor
Los Angeles, CA 90071
213.443.4300

NOTICE OF REMOVAL        5.